UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOHNNY CASTRO, | ) | NO. CV 08-06812 MMM (SS) |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| JOHN MARSHALL, Warden, | ) | |
| Respondent. | ) | |

    Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

    IT IS HEREBY ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: April 21, 2011

*Margaret M. Morrow*
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE